JACOB WICHINSKY and Others, Respondents, v. AMERICAN CO-OPERATIVE FIRE INSURANCE COMPANY OF SULLIVAN AND ADJOINING COUNTIES, Appellant. JACOB WICHINSKY and Others, Respondents, v. THE THIRD CO-OPERATIVE FIRE INSUR-ANCE COMPANY OF SULLIVAN AND ADJOINING COUNTIES, Appellant. JACOB WICHINSKY and Others, Respondents, v. CO-OPERATIVE FIRE INSURANCE COM-PANY OF SULLIVAN AND ADJOINING COUNTIES, Appellant.— Judgments modified so as to give credit on the judgment against the Co-operative Fire Insurance Company of Sullivan and Adjoining Counties in the amount of $2,000 paid to

the Federal Land Bank, and as so modified judgments and orders unanimously affirmed, with one bill of costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.